**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis *Pro Hac Vice*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLA RADER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:19-cv-02528-JAM-DMC<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Plaintiff, JOELLA RADER ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"), having filed their Stipulation of Dismissal and the Court having reviewed same, hereby ORDERED:

1. The stipulation is approved.

2. Plaintiff's individual claims are dismissed with prejudice.

3. The clams of the putative class are dismissed without prejudice.

DATED: January 8, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1